FILED
JAMES J. VILT, JR. - CLERK

JAN 14 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA     PLAINTIFF

v.     Criminal Action No.: 5:26-Cr-2-BJB

**LEONEL RAMONES-RAMOS**     DEFENDANT
**LUIS OLIVARES-DAVILA**

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Raymond D. McGee, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this 13th day of January, 2026 charging the above-named defendant with violations of Title 18, United States Code, Sections 2113(b) and 2, be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*/s/ Ray D. M*

Raymond D. McGee
Assistant U.S. Attorney
501 Broadway
Paducah, KY 42001
(270) 709-1837