UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              Criminal Action No.: 5:26-cr-2-BJB

**LEONEL RAMONES-RAMOS**                                          DEFENDANT
**LUIS OLIVARES-DAVILA**

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant

with violations of Title 18, United States Code, Sections 2113(b) and 2, is hereby ORDERED

to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is

returned unexecuted, and no person shall disclose the return of this indictment or any warrant or

order issued pursuant thereto, except as necessary for the issuance and execution of warrant for

the arrest of the defendant.

This  14  day of January, 2026.

_____
United States Magistrate Judge
H-Brent Brennenstuhl

ENTERED
JAMES J. VILT, JR. - CLERK

JAN 14 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY